

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JAVIER EGUADE, | § | No. 08-15-00268-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20110D03949) |
|  | § |  |

**O R D E R**

The Court, on its own motion, vacates the September 29, 2016 submission and oral argument setting. The case will be rescheduled at a later date.

IT IS SO ORDERED this 7th day of September, 2016.


PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.